IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS § | CIVIL ACTION NO. B-03-157 |
| § | |
| F/V CAPTAIN CONTOY, F/V CLAUDIA, § | |
| F/V E-MANUEL, F/V DOS JUANITAS, § | |
| F/V CAPTAIN NENE, F/V PACLUI, § | |
| F/V RIGO JR., F/V DONNA NELLY, § | |
| F/V GULF ROSE, *ET. AL.*, § | |
| their engines, tackle, apparel § | |
| and furniture, *in rem*, § | |
| § | |
| Defendants, § | |

## ORDER OF NOTICE

The Court orders Plaintiff, VALLEY ICE & FUEL CO., INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a) the master or individual in charge of the vessel arrested; and, if applicable;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, on this ___9___ day of ~~August~~ September, 2003.

_____
United States District Judge