IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | |  |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-157 |
| VS. | § | |
| | § | |
| F/V CAPTAIN CONTOY, Et.Al. | § | |
| | § | |
| Defendants | § | |

## MOTION FOR DISMISSAL AND RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Valley Ice and Fuel Co., Inc., respectfully moving this Court to dismiss its case against the Defendant Fishing Vessel **Captain Nene**, and release the Captain Nene from arrest pursuant to the Court's previous order in this case. For cause in this motion the Plaintiff would respectfully show unto this Court as follows:

I.

The Plaintiff and the Defendant vessel have reached a settlement agreement.

II.

WHEREFORE, PREMISE CONSIDERED, the Plaintiff PRAYS that this Court sign an order dismissing the Plaintiff's claim against Defendant, Fishing Vessel **Captain Nene**, and ordering the vessel released from the custody of the substitute custodian and returned to its previous master, ranking officer or caretaker, and for any further relief to which the Plaintiff may be entitled.

Respectfully Submitted,

By: _____
Reynaldo G. Garza, III
LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.
Fed Id. No. 23747
State Bar No. 24008806
777 E. Harrison
Brownsville, Texas 78520
(956) 541-3820
(956) 541-7694 (fax)

## CERTIFICATE OF CONFERENCE

I, Reynlado G. Garza, III, hereby certify that I have discussed this motion with Dennis Sanchez, attorney for the **Captain Nene** and he is in full agreement with the dismissal and release of the **Captain Nene**.

_____
Reynaldo G. Garza, III

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VALLEY ICE & FUEL CO., INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-157 |
| VS. | § | |
| | § | |
| **F/V CAPTAIN CONTOY, Et.Al.** | § | |
| | § | |
| Defendants | § | |

### ORDER DISMISSING CAUSE AND RELEASING
### THE FISHING VESSEL CAPTAIN NENE

CAME ON TO BE CONSIDERED, the Plaintiff's Motion for Dismissal and Release, and the Court, having considered the motion is of the opinion that said motion should be **GRANTED**.

IT IS THEREFORE ORDERED, that the Plaintiff's claims against the Fishing Vessel **Captain Nene** is dismissed with prejudice, the remaining Defendants are not released by this order.

IT IS FURTHER ORDERED, that the United States Marshall Service and substitute custodian, Marine Salvage & Services, Inc., are to release the **Captain Nene** to its previous master, ranking officer or other caretaker immediately.

Signed for Entry on this the _____ day of _____, 2003.

_____
Judge Presiding