United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

SEP 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| § | |
| Plaintiff § | |
| § | |
| § | CIVIL ACTION NO. B-03-157 |
| VS. § | |
| § | |
| F/V CAPTAIN CONTOY, Et.Al. § | |
| § | |
| Defendants § | |

### ORDER DISMISSING CAUSE AND RELEASING
### THE FISHING VESSEL CAPTAIN NENE

CAME ON TO BE CONSIDERED, the Plaintiff's Motion for Dismissal and Release, and the Court, having considered the motion is of the opinion that said motion should be **GRANTED**.

IT IS THEREFORE ORDERED, that the Plaintiff's claims against the Fishing Vessel **Captain Nene** is dismissed with prejudice, the remaining Defendants are not released by this order.

IT IS FURTHER ORDERED, that the United States Marshall Service and substitute custodian, Marine Salvage & Services, Inc., are to release the **Captain Nene** to its previous master, ranking officer or other caretaker immediately.

Signed for Entry on this the 12 day of September, 2003.

_____
Judge Presiding