**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

8

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Valley Ice & Fuel Co., Inc. | B-03-157 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Captain NeNe, et al; their engines, tackle, apparel, etc | Warrant of Seizure |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, Other ranking officer or caretaker

United States District Court
Southern District of Texas
FILED

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Shrimp Turning Basin, Port of Brownsville TX

SEP 11 2003

Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Reynaldo G. Garza, III
Law Offices of Ernesto Gamez, Jr. P.C.
777 E. Harrison
Brownsville, TX 78520

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After Seizing vessel Captain NeNe, please relinquish same to Marine Salvage & Services, Inc., the Court Appointed Custodian

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (954) 541-3820
DATE: 9/9/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 09/10/03
Time: 1 45 p.m.

Signature of U.S. Marshal or Deputy: Rosales DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.64 | | 53.64 | | | |

REMARKS: Seized F/v Capt NENE @ Brownsville Shrimp Basin and turned over to substitute custodian Marine Salvage & Services / Billy Cannon...