IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **VALLEY ICE & FUEL CO., INC.** | § § § § § § § § § § § | |
| **Plaintiff** | | |
| | | CIVIL ACTION NO. B-03-157 |
| **VS.** | | |
| **F/V CAPTAIN CONTOY, Et.Al.** | | |
| **Defendants** | | |

## NOTICE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Valley Ice and Fuel Co., Inc., in compliance with the Court's scheduling order in this case, and would show unto the Court that all of the financially interested parties currently known to the Plaintiff are as follows:

**The Defendants are as follows:**

1. F/V Captain Contoy
2. F/V Claudia
3. F/V E-Manuel
4. F/V Dos Juanitas
5. F/V Captain Nene
6. F/V Paclui
7. F/V Rigo, Jr
8. F/V Dona Nelly
9. F/V Gulf Rose

**The Plaintiffs are as follows:**

    31.    Valley Ice and Fuel Co., Inc.

By: _____
Reynaldo G. Garza, III
LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.
Fed Id. No. 23747
State Bar No. 24008806
777 E. Harrison
Brownsville, Texas 78520
(956) 541-3820
(956) 541-7694 (fax)

10. F/V Ocean Pearl

11. F/V Perlita

12. F/V Audrey Tower

13. F/V Elton Tower

14. F/V Firpo Tower

16. F/V H.M. Tower

17. F/V Tillie Tower

18. F/V Captain Chris

19. F/V Captain Gordon

20. F/V Gina

21. F/V Captain Kenny

22. F/V Kristen

23. F/V Daniela R.

24. F/V Captain Pete

25. F/V Miss Brenda

26. F/V Captain Quina

27. F/V Whisky Joe

28. F/V Barruelo

29. F/V Easy Rider

30. F/V Four R's

The Defendants are Fishing Vessels registered in the United States.