IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VALLEY ICE & FUEL CO., INC.** | § § § | |
| **Plaintiff** | § § | |
| | § | CIVIL ACTION NO. B-03-157 |
| **VS.** | § § | |
| **F/V CAPTAIN CONTOY, Et.Al.** | § § | |
| **Defendants** | § | |

## MOTION FOR DISMISSAL AND RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Valley Ice and Fuel Co., Inc., respectfully moving this Court to dismiss its case against each and every Defendant Fishing Vessel, and release any fishing vessel from any order of the Court. For cause in this motion the Plaintiff would respectfully show unto this Court as follows:

I.

The Plaintiff and the Defendant vessel have either reached settlement agreements or Plaintiff's investigation into the vessels has revealed that, due to a lack of attachable assets, there will be no recovery of the debts owed at this time.

II.

WHEREFORE, PREMISE CONSIDERED, the Plaintiff PRAYS that this Court sign an order dismissing the Plaintiff's claim against each and every Defendant Fishing Vessel ordering the vessels released from any orders of the Court, and to order the U.S. Marshalls to return any bond currently posted with their office to the Plaintiff, and for such other and

further relief to which Plaintiff may show itself justly entitled.

                                        Respectfully Submitted,

By: _____/s/_____

Reynaldo G. Garza, III
LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.
Fed Id. No. 23747
State Bar No. 24008806
777 E. Harrison
Brownsville, Texas 78520
(956) 541-3820
(956) 541-7694 (fax)