IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-157 |
| VS. | § | |
| | § | |
| F/V CAPTAIN CONTOY, Et.Al. | § | |
| | § | |
| Defendants | § | |

### ORDER DISMISSING CAUSE, RELEASING THE DEFENDANT FISHING VESSELS, and RETURNING ANY POSTED BOND TO THE PLAINTIFF

CAME ON TO BE CONSIDERED, the Plaintiff's Motion for Dismissal and Release, and the Court, having considered the motion is of the opinion that said motion should be **GRANTED**.

IT IS THEREFORE ORDERED, that the Plaintiff's claims against the Defendant Fishing Vessels are dismissed without prejudice, the Defendant fishing vessels are hereby released from any obligation in this cause.

IT IS FURTHER ORDERED, that the United States Marshall Service release any bond monies posted by the Plaintiffs back to the Plaintiffs.

IT IS FURTHER ORDERED that the United States District Clerk release any bond monies posted by the Plaintiffs back to the Plaintiffs.

Signed for Entry on this the 26th day of January, 2004.

_____
Judge Presiding